241 U. S. Decisions on Petitions for Writs of Certiorari.

Appeals for the Fifth Circuit denied. *Mr. J. J. Darlington, Mr. Richard I. Munroe* and *Mr. Marshall Surratt* for the petitioners. *Mr. Francis Marion Etheridge* and *Mr. Joseph Manson McCormick* for the respondent.

---

No. 944. ANN S. HOPKINS, PETITIONER, *v.* LAWRENCE HULL, TRUSTEE, ETC. April 17, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Grattan Macmahon* for the petitioner. *Miss Winifred Sullivan* for the respondent.

---

No. 946. ALEXANDER NISBET, AS COMMISSIONER, ETC., PETITIONER, *v.* THE FEDERAL TITLE & TRUST COMPANY. April 17, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Elijah N. Zoline* and *Mr. John T. Bottom* for the petitioner. *Mr. Ernest Morris* and *Mr. William W. Grant, Jr.,* for the respondent.

---

No. 954. THE UNITED STATES, AS TRUSTEE, ETC., PETITIONER, *v.* HIRAM CHASE. April 24, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *The Attorney General* and *The Solicitor General* for the petitioner. *Mr. Hiram Chase* and *Mr. William R. King* for the respondent.

---

No. 923. R. L. MOULDEN, TRUSTEE, ETC., PETITIONER, *v.* PARLIN & ORENDORFF IMPLEMENT COMPANY ET AL.